**Opinion issued June 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00906-CV

———————————

## IN THE INTEREST OF S.I.B., C.D.S.B., K.F., AND B.F., CHILDREN

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-280651**

---

## MEMORANDUM OPINION

Appellant, J.L.B., filed a notice of appeal from the trial court's "Final Order in Suit Affecting the Parent-Child Relationship." On May 25, 2023, J.L.B., through her counsel, filed an unopposed motion to dismiss the appeal, stating that she "wishes to dismiss her Appeal in this matter as shown by the note she wrote attached

hereto and incorporated herein." Attached to the motion is a handwritten note signed by J.L.B. stating that she "want[s] to dismiss the appeal."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). J.L.B.'s motion includes a certificate of conference indicating that appellee, the Department of Family and Protective Services, is not opposed to the relief requested in J.L.B.'s motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant J.L.B.'s motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

2